# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| PINKLEY, JOHN L, III § | Case No. 11-48047 |
| PINKLEY, LISA MARIE § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/24/2012 in Courtroom ,

> Will County Court Annex
> 57 N. Ottawa
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/02/2012                By: /s/ Bradley J. Waller
                                              Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  §
      §
PINKLEY, JOHN L, III   §   Case No. 11-48047
PINKLEY, LISA MARIE   §
      §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 18,510.36 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of[1] | $ 18,510.36 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 2,601.04 | $ 0.00 | $ 2,601.04 |
| Trustee Expenses: BRADLEY J. WALLER | $ 84.50 | $ 0.00 | $ 84.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,685.54 |
| Remaining Balance | $ 15,824.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 484,207.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Ally Financial | $ 13,841.43 | $ 0.00 | $ 452.36 |
| 000002 | American Express Bank, FSB | $ 15,831.16 | $ 0.00 | $ 517.39 |
| 000003 | American Heartland Bank and Trust | $ 407,733.92 | $ 0.00 | $ 13,325.52 |
| 000004 | American Heartland Bank and Trust | $ 46,801.14 | $ 0.00 | $ 1,529.55 |

Total to be paid to timely general unsecured creditors    $ 15,824.82

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-48047-BWB
John L Pinkley, III                                                       Chapter 7
Lisa Marie Pinkley
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey              Page 1 of 2              Date Rcvd: Mar 12, 2012
                              Form ID: ntcftfc7         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2012.
```
db/jdb          +John L Pinkley, III,   Lisa Marie Pinkley,    543 Arbor Lane,    Oswego, IL 60543-7509
18110164        +American Heartland Bank & Trust,    799 Heartland Drive,    P.O. Box 350,
                  Sugar Grove, IL 60554-0350
18110168        +Codilis & Associates,    15W030 North Frontage Road,   Suite 100,    Burr Ridge, IL 60527-6921
18110171        +Fifth/Third Bank,   Attn: Bankruptcy Dept.,    1830 East Paris Ave.,   Grand Rapids, MI 49546-8803
18110170        +Fifth/Third Bank,   c/o Bnkrptcy Dept.,    1850 East Paris,   Grand Rapids, MI 49546-6210
18110172        +PNC Bank,   108 E. Michigan Avenue,    Z1-B652-01-3,   Kalamazoo, MI 49007-3966
18110173        +PNC Mortgage,   c/o MaFadden & Dillon,    120 S. LaSalle St., Suite 1335,    Chicago, IL 60603-3581
18110174        +Prosperous Property & Invest., Inc.,    1904 Ogden Avenue,   Lisle, IL 60532-1503
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18110162        +EDI: GMACFS.COM Mar 13 2012 01:48:00      Ally Financial,   c/o GMAC Automotive Bank,
                  P.O. Box 130424,   Saint Paul, MN 55113-0004
18110163         EDI: AMEREXPR.COM Mar 13 2012 01:48:00      American Express,   P.O. Box 981535,
                  El Paso, TX 79998-1535
18110167         Fax: 888-777-2057 Mar 13 2012 04:29:04      CCO Mortgage Corp.,   10561 Telegraph Rd.,
                  Glen Allen, VA 23059
18110175        +EDI: STF1.COM Mar 13 2012 01:48:00      Suntrust Mortgage/cc5,   Attn: Bankruptcy Dept.,
                  P.O. Box 85092,   Richmond, VA 23286-0001
18110179        +EDI: CHASE.COM Mar 13 2012 01:48:00      United Mileage Plus Visa,   a/k/a Chase Visa,
                  201 N. Walnut St., de 1-1027,   Wilmington, DE 19801-2920
                                                                                               TOTAL: 5
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18110178         Tocomo, LLC,   c/o Attorney Greg Littlejohn,    (630) 554-9750
18110165*       +American Heartland Bank and Trust,    799 Heartland Drive,    P.O. Box 350,
                  Sugar Grove, IL 60554-0350
18110166*       +American Heartland Bank and Trust,    799 Heartland Drive,    P.O. Box 350,
                  Sugar Grove, IL 60554-0350
18110169*       +Codilis & Associates,    15W030 North Frontage Road,   Suite 100,    Burr Ridge, IL 60527-6921
18110176*       +Suntrust Mortgage/cc5,    Attn: Bankruptcy Dept.,   P.O. Box 85092,   Richmond, VA 23286-0001
18110177*       +Suntrust Mortgage/cc5,    Attn: Bankruptcy Dept.,   P.O. Box 85092,   Richmond, VA 23286-0001
18110180*       +United Mileage Plus Visa,    a/k/a Chase Visa,   201 N. Walnut St., de 1-1027,
                  Wilmington, DE 19801-2920
                                                                                  TOTALS: 1, * 6, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2012**                    Signature:    *Joseph Speetjens*

```
District/off: 0752-1          User: dramey              Page 2 of 2              Date Rcvd: Mar 12, 2012
                              Form ID: ntcftfc7         Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2012 at the address(es) listed below:
         Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
         Cari A Kauffman    on behalf of Creditor   Fifth Third Mortgage Company ND-Four@il.cslegal.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Peter N Metrou    on behalf of Debtor John Pinkley metrouassociates@sbcglobal.net
                                                                        TOTAL: 4