UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| PINKLEY, JOHN L, III | § | Case No. 11-48047 |
| PINKLEY, LISA MARIE | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/BRADLEY J. WALLER _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally Financial c/o GMAC Automotive Bank P.O. Box 130424 Saint Paul, MN 55113 |  |  |  |  |  |
|  | American Heartland Bank & Trust 799 Heartland Drive P.O. Box 350 Sugar Grove, IL 60554 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Heartland Bank and Trust 799 Heartland Drive P.O. Box 350 Sugar Grove, IL 60554 | | | | | |
| | American Heartland Bank and Trust 799 Heartland Drive P.O. Box 350 Sugar Grove, IL 60554 | | | | | |
| | CCO Mortgage Corp. 10561 Telegraph Rd. Glen Allen, VA 23059 | | | | | |
| | Fifth/Third Bank Attn: Bankruptcy Dept. 1830 East Paris Ave. Grand Rapids, MI 49546 | | | | | |
| | Fifth/Third Bank c/o Bnkrptcy Dept. 1850 East Paris Grand Rapids, MI 49546 | | | | | |
| | Prosperous Property & Invest., Inc. 1904 Ogden Avenue Lisle, IL 60532 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 981535 El Paso, TX 79998-1535 | | | | | |
| | PNC Bank 108 E. Michigan Avenue Z1-B652-01-3 Kalamazoo, MI 49007 | | | | | |
| | Suntrust Mortgage/cc5 Attn: Bankruptcy Dept. P.O. Box 85092 Richmond, VA 23286 | | | | | |
| | Suntrust Mortgage/cc5 Attn: Bankruptcy Dept. P.O. Box 85092 Richmond, VA 23286 | | | | | |
| | Suntrust Mortgage/cc5 Attn: Bankruptcy Dept. P.O. Box 85092 Richmond, VA 23286 | | | | | |
| | United Mileage Plus Visa a/k/a Chase Visa 201 N. Walnut St., de 1-1027 Wilmington, DE 19801 | | | | | |
| | United Mileage Plus Visa a/k/a Chase Visa 201 N. Walnut St., de 1-1027 Wilmington, DE 19801 | | | | | |
| 000001 | ALLY FINANCIAL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | AMERICAN HEARTLAND BANK AND TRUST | | | | | |
| 000004 | AMERICAN HEARTLAND BANK AND TRUST | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-48047 | BB | Judge: BRUCE W. BLACK | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | PINKLEY, JOHN L, III | | | | Date Filed (f) or Converted (c): | 11/29/11 (f) |
| | PINKLEY, LISA MARIE | | | | 341(a) Meeting Date: | 12/21/11 |
| For Period Ending: | 10/17/12 | | | | Claims Bar Date: | 06/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 543 Arbor Lane, Oswego, IL. (Primary residence. FM | 267,400.00 | 0.00 | OA | 0.00 | FA |
| 2. 2575 Finley Road, Minooka, IL 60447.  Mixed use pr | 640,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Cash | 100.00 | 0.00 | OA | 0.00 | FA |
| 4. Financial Accounts | 1,074.69 | 0.00 | OA | 0.00 | FA |
| 5. Financial Accounts | 26.09 | 0.00 | OA | 0.00 | FA |
| 6. Financial Accounts | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Financial Accounts | 252.32 | 252.32 | OA | 0.00 | FA |
| 8. Household Goods | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 9. Household Goods | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 10. Wearing Apparel | 500.00 | 0.00 | OA | 0.00 | FA |
| 11. Furs and Jewelry | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 12. Firearms and Hobby Equipment | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 13. Insurance Policies | 0.00 | 0.00 | OA | 0.00 | FA |

LFORM1  Ver: 17.00b

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 11-48047 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | PINKLEY, JOHN L, III | | | Date Filed (f) or Converted (c): | 11/29/11 (f) |
| | PINKLEY, LISA MARIE | | | 341(a) Meeting Date: | 12/21/11 |
| | | | | Claims Bar Date: | 06/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Insurance Policies | 0.00 | 0.00 | OA | 0.00 | FA |
| 15. Pension / Profit Sharing | 1,162.10 | 0.00 | OA | 0.00 | FA |
| 16. Pension / Profit Sharing | 54,143.66 | 0.00 | OA | 0.00 | FA |
| 17. Pension / Profit Sharing | 4,485.46 | 0.00 | OA | 0.00 | FA |
| 18. Pension / Profit Sharing | 3,296.35 | 0.00 | OA | 0.00 | FA |
| 19. Pension / Profit Sharing | 20,657.71 | 0.00 | OA | 0.00 | FA |
| 20. Pension / Profit Sharing | 67,826.41 | 0.00 | OA | 0.00 | FA |
| 21. Pension / Profit Sharing | 26,661.10 | 0.00 | OA | 0.00 | FA |
| 22. Stock | 0.00 | 0.00 | OA | 0.00 | FA |
| 23. Stock | 0.00 | 0.00 | OA | 0.00 | FA |
| 24. Vehicles | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 25. Vehicles | 29,000.00 | 0.00 | OA | 0.00 | FA |
| 26. Tax Refunds (u) | 0.00 | 18,510.35 | | 18,510.36 | FA |

LFORM1    Ver: 17.00b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 11-48047 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- | --- | --- |
| Case Name: | PINKLEY, JOHN L, III | | | Date Filed (f) or Converted (c): | 11/29/11 (f) |
| | PINKLEY, LISA MARIE | | | 341(a) Meeting Date: | 12/21/11 |
| | | | | Claims Bar Date: | 06/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,131,085.89 | $18,762.67 | | $18,510.36 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/12        Current Projected Date of Final Report (TFR): 09/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-48047 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | PINKLEY, JOHN L, III | | Bank Name: | Congressional Bank |
| | PINKLEY, LISA MARIE | | Account Number / CD #: | *******6682  Checking Account |
| Taxpayer ID No: | *******5947 | | | |
| For Period Ending: | 10/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/13/12 | 26 | The National Bank<br>P.O. Box 1030<br>Bettendorf, IA  527220018 | | 1224-000 | 18,510.36 | | 18,510.36 |
| 08/24/12 | 001001 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Chapter 7 Compensation/Fees | 2100-000 | | 2,601.04 | 15,909.32 |
| 08/24/12 | 001002 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Chapter 7 Expenses | 2200-000 | | 84.50 | 15,824.82 |
| 08/24/12 | 001003 | Ally Financial<br>c/o Ally Servicing LLC<br>P.O. Box 130424<br>Roseville, MN 55113 | Claim 000001, Payment 3.26816% | 7100-000 | | 452.36 | 15,372.46 |
| 08/24/12 | 001004 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 3.26817% | 7100-000 | | 517.39 | 14,855.07 |
| 08/24/12 | 001005 | American Heartland Bank and Trust<br>799 Heartland Drive<br>P.O. Box 350<br>Sugar Grove, IL 60554 | Claim 000003, Payment 3.26819% | 7100-000 | | 13,325.52 | 1,529.55 |
| 08/24/12 | 001006 | American Heartland Bank and Trust<br>799 Heartland Drive<br>P.O. Box 350<br>Sugar Grove, IL 60554 | Claim 000004, Payment 3.26819% | 7100-000 | | 1,529.55 | 0.00 |

Page Subtotals     18,510.36     18,510.36

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-48047 -BB |
| Case Name: | PINKLEY, JOHN L, III |
| | PINKLEY, LISA MARIE |
| Taxpayer ID No: | *******5947 |
| For Period Ending: | 10/17/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6682  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 18,510.36 | 18,510.36 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 18,510.36 | 18,510.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,510.36 | 18,510.36 | |
| | | | | | NET | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******6682 | | 18,510.36 | 18,510.36 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 18,510.36 | 18,510.36 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*